IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN GOLDSMITH, | : | |
| Plaintiff, | : | |
| v. | : 3:16-CV-00952 | FILED SCRANTON |
| | : (JUDGE MARIANI) | |
| FRANKLIN COUNTY, et al., | : | 2 8 2016 |
| Defendants. | : | DEPUTY CLERK |

ORDER

**AND NOW, THIS 28TH DAY OF OCTOBER, 2016**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 20) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 20) is **ADOPTED** for the reasons stated therein.

2. Defendants Christina Bird, Alicia Mongiovi, and Misty Butler's (hereinafter "Medical Defendants") Motion to Dismiss Plaintiff's Amended Complaint (Doc. 12) is **GRANTED IN PART AND DENIED IN PART:**

   a. Medical Defendants' Motion to Dismiss Plaintiff Goldsmith's Eighth Amendment claim of failure to intervene is **GRANTED**.

   b. Medical Defendants' Motion to Dismiss Plaintiff Goldsmith's Eighth Amendment claim of medical deliberate indifference is **DENIED**.

3. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

Robert D. Mariani
United States District Judge